

# In the Missouri Court of Appeals
# Eastern District

JUNE 30, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED101226    STATE OF MISSOURI, RES V MARTY MOSS, APP

2.    ED101404 DARRYL J. WALTON, APP V STATE OF MISSOURI, RES

3.    ED101501 ANTHONY O'NEAL, APP V STATE OF MISSOURI, RES

4.    ED101537 STATE OF MISSOURI, RES V COREY MCCLENDON, APP

5.    ED101595 ABDIRAHMAN M. ALI, APP V STATE OF MISSOURI, RES

6.    ED102119 KERRI D. SPINK, APP V STATE OF MISSOURI, RES

7.    ED102304 LOUISE BREWER, RES V DIV OF ADMIN, APP & DES, RES